UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| APRIL JOHNSON, )<br>    Plaintiff, )<br>            )<br> v.           )<br>            )<br>MICHAEL FRYZEL, FREDERICK FREGO, )<br>STEPHEN KIL, JAMES TURTURILLO, and )<br>TOWN OF ST. JOHN, )<br>    Defendants. ) | CAUSE NO.: 2:15-CV-417-JD-PRC |

**OPINION AND ORDER**

This matter is before the Court on a "Notice of Scrivener's Error, & If Deemed Necessary by the Court, This Notice Is Sought to Be Treated as a Motion by Plaintiff for Leave to Correct the Caption in the Above Captioned Matter" [DE 33], filed by Plaintiff April Johnson on April 13, 2016. No response has been filed, and the time to do so has passed.

Federal Rule of Civil Procedure 10 provides, in relevant part, that the "title of the complaint must name all the parties." Fed. R. Civ. P. 10(a). The caption of neither the Complaint, filed on November 15, 2015, nor the Amended Complaint, filed on April 7, 2016, lists the Town of St. John as a defendant in the caption. However, both pleadings contain allegations against the Town of St. John. Plaintiff issued a summons as to the Town of St. John with the Amended Complaint. Counsel has entered an appearance on behalf of the Town of St. John. On April 22, 2016, Defendant Town of St. John filed a Partial Motion to Dismiss and/or Strike of Defendants Frego, Kil, Town of St. John, and Turturillo.

In the interests of justice and judicial efficiency, the Court hereby **GRANTS** the relief sought in the "Notice of Scrivener's Error, & If Deemed Necessary by the Court, This Notice Is Sought to Be Treated as a Motion by Plaintiff for Leave to Correct the Caption in the Above Captioned Matter

[DE 33] and **ORDERS** that the Amended Complaint [DE 30] is amended by interlineation to include Town of St. John as a defendant in the caption. The Court notes that the electronic docket already lists Town of St. John as a defendant. No further action is required by Plaintiff.

All future filings in this case shall include Town of St. John as a defendant in the caption.

So ORDERED this 4th day of May, 2016.

                                            s/ Paul R. Cherry
                                            MAGISTRATE JUDGE PAUL R. CHERRY
                                            UNITED STATES DISTRICT COURT